# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-3319
_____

United States of America

*Plaintiff - Appellee*

v.

Jermaine Terrance Brown, also known as Bo Bo

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central
_____

Submitted: April 22, 2025
Filed: April 25, 2025
[Unpublished]
_____

Before LOKEN, ERICKSON, and STRAS, Circuit Judges.
_____

PER CURIAM.

Jermaine Brown appeals after the district court[1] revoked his supervised release and sentenced him to 12 months in prison, with no supervised release to follow. His

_____

[1]The Honorable James M. Moody, Jr., United States District Judge for the Eastern District of Arkansas.

counsel has moved to withdraw, and has filed a brief challenging the substantive reasonableness of the sentence.

After careful review of the record, we conclude that the district court did not abuse its discretion in imposing the revocation sentence. See United States v. Valure, 835 F.3d 789, 790 (8th Cir. 2016) (standard of review). There is no indication that the court failed to consider a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors. See United States v. Larison, 432 F.3d 921, 923-24 (8th Cir. 2006) (revocation sentence may be unreasonable if district court fails to consider relevant factor, gives significant weight to improper or irrelevant factor, or commits clear error of judgment). Moreover, the revocation sentence is within the Guidelines range and accorded a presumption of substantive reasonableness on appeal. See United States v. Perkins, 526 F.3d 1107, 1110 (8th Cir. 2008).

Accordingly, we grant counsel leave to withdraw, and we affirm the judgment.

_____